| | |
|---|---|
| Paul E.B. Glad (State Bar No. 79045) | Philip A. O'Connell, Jr.  (State Bar No. 152486) |
| Joel T. Muchmore (State Bar No. 224446) | SNR DENTON US LLP |
| SNR DENTON US LLP | 101 Federal Street, Suite 2750 |
| 525 Market Street, 26th Floor | Boston, MA, 02110 |
| San Francisco, CA 94105-2708 | Telephone: (617) 235-6802 |
| Telephone:    (415) 882-5000 | Facsimile: (617) 235-6884 |
| Facsimile:    (415) 882-0300 | philip.oconnelljr@snrdenton.com |
| Email: paul.glad@snrdenton.com | |
|           joel.muchmore@snrdenton.com | |

Robert B. Millner  (*Pro Hac Vice*)
Christopher D. Soper (*Pro Hac Vice)*
SNR DENTON US LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404
Telephone:    (312) 876-8000
Facsimile:    (312) 876-7934
robert.millner@snrdenton.com
christopher.soper@snrdenton.com

Attorneys for ONEBEACON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | No. 3:12-cv-03793-RS |
| | Bankr. Case No. 3:09-BK-31347 TEC |
| PLANT INSULATION CO., | Chapter 11 |
| Debtor. | Hon. Richard Seeborg |
| | **[*PROPOSED*] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER LOCAL CIVIL RULE 3-12(B)** |
| ACE Fire Insurance Co., ACE Property and Casualty Insurance Co., | |
| Appellants, | |
| v. | |
| PLANT INSULATION CO., *et al*., | |
| Appellees. | |

- i -

ORDER TO CONSOLIDATE APPEALS

1  Before the Court is an Administrative Motion to Consider Whether Cases Should Be Related
2  Under Local Civil Rule 3-12(b) and a Stipulation Regarding Consolidation of Appeals No. 12-03793
3  and 12-04139. The Stipulation is Exhibit A to the Motion. The Court has reviewed the Motion and
4  the Stipulation and has determined that there is good case for entry of an Order approving the
5  Motion.
6  Accordingly, the Court hereby ORDERS as follows:
7  1. The Stipulation is approved.
8  2. Case No. 12-03793 and Case No. 12-4139 are related cases under Local Civil Rule 3-
9  12 and are consolidated for joint administration.
10
11  IT IS SO ORDERED.
12
13  DATED: August 21, 2012
14  _____
15  RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28