Paul E.B. Glad (State Bar No. 79045)
Joel T. Muchmore (State Bar No. 224446)
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone:	(415) 882-5000
Facsimile:	(415) 882-0300
Email: paul.glad@snrdenton.com
	joel.muchmore@snrdenton.com

Robert B. Millner  (*Pro Hac Vice*)
Christopher D. Soper (*Pro Hac Vice)*
SNR DENTON US LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606-6404
Telephone:	(312) 876-8000
Facsimile:	(312) 876-7934
robert.millner@snrdenton.com
christopher.soper@snrdenton.com

Philip A. O'Connell, Jr.  (State Bar No. 152486)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, MA, 02110
Telephone: (617) 235-6802
Facsimile: (617) 235-6884
philip.oconnelljr@snrdenton.com

Attorneys for ONEBEACON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PLANT INSULATION CO.,<br><br>Debtor.<br><br><br>ACE Fire Insurance Co., ACE Property and Casualty Insurance Co.,<br><br>Appellants,<br><br>v.<br><br>PLANT INSULATION CO., *et al*.,<br><br>Appellees. | No. 3:12-cv-03793-RS<br><br>Bankr. Case No. 3:09-BK-31347 TEC<br><br>Chapter 11<br><br>Hon. Richard Seeborg<br><br>***PROPOSED]*** **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER LOCAL CIVIL RULE 3-12(B)** |

1 | Before the Court is an Administrative Motion to Consider Whether Cases Should Be Related Under Local Civil Rule 3-12(b) and a Stipulation Regarding Consolidation of Appeals No. 12-03793 and 12-04139.  The Stipulation is Exhibit A to the Motion.  The Court has reviewed the Motion and the Stipulation and has determined that there is good case for entry of an Order approving the Motion.

Accordingly, the Court hereby ORDERS as follows:

1. The Stipulation is approved.

2. Case No. 12-03793 and Case No. 12-4139 are related cases under Local Civil Rule 3-12 and are consolidated for joint administration.

IT IS SO ORDERED.

DATED: August 21, 2012

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE